# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-2350
_____

Shannon Marie Truxel

*Plaintiff - Appellant*

v.

Frank Bisignano, Commissioner of Social Security Administration[1]

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: June 24, 2025
Filed: June 27, 2025
[Unpublished]
_____

Before SMITH, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

_____

[1]Frank Bisignano has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Shannon Truxel appeals the district court's[2] order affirming the denial of disability insurance benefits. We agree with the court that substantial evidence in the record as a whole supports the adverse decision. See Ross v. O'Malley, 92 F.4th 775, 778 (8th Cir. 2024) (standard of review).

Specifically, we conclude that the administrative law judge (ALJ) adequately addressed Truxel's diagnosis of empty sella syndrome, as she has not established any symptoms or limitations arising from this condition that the ALJ did not consider. See Trenary v. Bowen, 898 F.2d 1361, 1364 (8th Cir. 1990) (critical question in disability claim is not diagnosis, but rather functional limitations imposed by impairment). We also find that the ALJ adequately considered the combined effect of Truxel's impairments, and that substantial evidence supports the ALJ's RFC determination. See Despain v. Berryhill, 926 F.3d 1024, 1028-29 (8th Cir. 2019) (substantial evidence supported RFC finding based on treating and other providers' notes, state agency consultants' opinions, and claimant's treatment and daily activities); Raney v. Barnhart, 396 F.3d 1007, 1011 (8th Cir. 2005) (ALJ properly considered effect of claimant's combined physical and mental impairments, based on express statement that he considered claimant's impairments "individually and in combination," and that he based RFC assessment on combination of claimant's impairments).

The judgment is affirmed.

_____

[2]The Honorable Stephen R. Welby, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).